■ JOHN KRAUS, Respondent, v BURTON S. AUGUST et al., Appellants, et al., Defendant. [635 NYS2d 564] —Order unanimously affirmed without costs for reasons stated in decision at

Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Labor Law.) Present—Denman, P. J., Green, Fallon and Doerr, JJ.